AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

| Nan Hui Chen | **ORDER** |
| | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Deutsche Bank National Trust Company, et al | |
| Defendant (s), | **CASE NUMBER:** 4-13-cv-3352-YGR |

Notice is hereby given that, subject to approval by the court, Nan Hui Chen _____ substitutes
(Party (s) Name)

Joseph L. DeClue _____, State Bar No. 163954 _____ as counsel of record in
(Name of New Attorney)

place of    Nan Hui Chen in pro per _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Law Offices of Joseph L. DeClue

Address:      1331 W. 1st Street, Suite 102  Santa Ana, California 92703

Telephone:      (714) 760-9753            Facsimile  (714) 464-2998

E-Mail (Optional):

I consent to the above substitution.

Date:      3/20/2014 _____      _____
(Signature of Party (s))

I consent to being substituted.

Date:      3/20/2014 _____      _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:      3/21/2014 _____      _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      March 25, 2014 _____      _____
United States District Judge
YVONNE GONZALEZ ROGERS

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**