UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NAN HUI CHEN,**

    Plaintiff,

    v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.**,

    Defendants.

Case No.  13-cv-03352-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Case Management Conference in this matter set for October 27, 2014, is **CONTINUED** to **Monday,** December 1, 2014 at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**